IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ROBERT J. DALE, individually,

               Plaintiff,

vs.

AMC WEST HOUSING, L.P. dba BALFOUR BEATTY COMMUNITIES L.L.C., and BALFOUR BEATTY INVESTMENTS L.L.C.,

               Defendants.

No.

COMPLAINT FOR DAMAGES

(JURY TRIAL DEMANDED)

## I. PARTIES

1.1  The Plaintiff, ROBERT J. DALE, is an active-duty service member with the United States Navy and resides in housing at Fairchild Air Force Base managed by the Defendant.

1.2  Defendants, AMC WEST HOUSING, L.P., dba BALFOUR BEATTY COMMUNITIES L.L.C. and BALFOUR BEATTY INVESTMENTS L.L.C., hereinafter "BALFOUR BEATTY" is a Limited Liability Company headquartered in the State of Pennsylvania and at all times material hereto operating under contract with the federal government and the United States Air Force for the maintenance, and upkeep of the base housing and residential areas at Fairchild Air

COMPLAINT FOR DAMAGES- 1

J|M Felice Legal, PLLC
207 W. Nora Ave.
Spokane, WA 99205
(509) 309-3132
Fax (509) 321-7160

Force Base.

## II. JURISDICTION AND VENUE

2.1  The Court has jurisdiction over this action under 28 U.S.C § 1331 because Fairchild Air Force Base is a federal enclave and this matter involves a federal question.

2.2  This Court has jurisdiction over this action under 28 U.S.C § 1332 because the Plaintiff and Defendants are citizens of different States and the matter in controversy exceeds $75,000.00

2.3  Venue is appropriate under 28 U.S.C § 1391(b)(2) because a substantial part of the events or commissions giving rise to the claims occurred in this District.

## III. FACTUAL BACKGROUND

*A.    Privatization of Housing on Fairchild Air Force Base.*

3.1  In 1996 Congress passed the National Defense Authorization Act for Fiscal Year 1997, which authorized the development of the Military Housing Privatization Initiative ("MHPI"). The goal was to improve existing military housing by outsourcing construction and maintenance housing to private contractors.

3.2  Under the privatization initiative, private developers and contractors can receive long term lease arrangements and contracts for existing housing, planned housing, and the maintenance thereof. These contracts include bonuses, or incentive fees, that private contractors and/or landlords can earn by meeting performance goals set with the military. To receive the fees, real estate companies must meet quarterly and annual goals, such as responding to resident maintenance requests within a specific time.

COMPLAINT FOR DAMAGES- 2

J|M Felice Legal, PLLC
207 W. Nora Ave.
Spokane, WA 99205
(509) 309-3132
Fax (509) 321-7160

3.3 Fairchild Air Force Base, home to a major Air Force installation, participates in this privatized housing initiative. As discussed more fully below, Defendants operate and manage the housing and its upkeep on Fairchild Air Force Base.

3.4 BALFOUR BEATTY COMMUNITIES, L.L.C., a subsidiary of BALFOUR BEATTY INVESTMENTS L.L.C. located in Malvern, Pennsylvania, runs the military housing unit of Balfour Beatty P.L.C., a London-based infrastructure company with a reported annual revenue of approximately $10.7 billion. Balfour Beatty Communities President, Chris Williams, told Congress the company earns approximately $33 million in annual profit on its military housing operations. It has been estimated that incentive fees alone on those operations are worth about $800 million over the life of the 50 year contract it holds for the 43,000 homes on 55 Air Force, Navy and Army bases across the country.

3.5 For over one year, the United States Air Force stopped paying incentive fees to BALFOUR BEATTY pending a review, and referred incidents to the Air Force investigators and the Federal Bureau of Investigations for failures to perform its contractual and legal duties under contract at Fairchild Air Force Base.

3.6 The Defendant, BALFOUR BEATTY, has falsified and/or failed to keep and maintain adequate records pertaining to maintenance and removal of trees on Fairchild Airforce Base to earn incentive fees.

B. *Damages Sustained by Robert J. Dale.*

3.7 Plaintiff, Navy Counsel First Class ROBERT J. DALE, is an active duty recruiter with

COMPLAINT FOR DAMAGES- 3

J|M Felice Legal, PLLC
207 W. Nora Ave.
Spokane, WA 99205
(509) 309-3132
Fax (509) 321-7160

over a decade of service in the United States Navy.

3.8    In August of 2010, ROBERT J. DALE moved into Fairchild Air Force Base housing at the residence of 9217 Utah Drive, Fairchild Air Force Base, Washington, 99011.

3.9    The back yard of ROBERT J. DALE's residence includes a white fenced perimeter and a grass lawn. On the other side of the fence and outside of ROBERT J. DALE's backyard is an area BALFOUR BEATTY is contracted to maintain and upkeep.

3.10   At the time of the incident set forth below in the following paragraphs, a visibly dead tree with dead limbs was very near ROBERT J. DALE'S backyard. EXHIBIT A to Complaint.

3.11   Prior to the incident complained of herein, other military families, including ROBERT J. DALE's former spouse, complained of dead trees on the base jeopardizing the health and safety of Fairchild Air Force Base residents.

3.12   At the time of the incident described below in paragraph 3.13, the Defendant, BALFOUR BEATTY, had also been notified of the hazards associated with the specific tree which ultimately seriously injured the Plaintiff, ROBERT J. DALE.

3.13   On August 10, 2017, and pursuant to the direction and instructions of the Defendant BALFOUR BEATTY, ROBERT J. DALE was at home at 9217 Utah Drive, when he went out to water a grassy area outside of his fenced backyard. As ROBERT J. DALE was in the process of watering the grassy area, a limb from one of the dead trees fell and struck ROBERT J. DALE on the head when we was changing the sprinkler.

3.14   The blow to ROBERT J. DALE's head from the falling limb was violent causing him to

COMPLAINT FOR DAMAGES- 4

J|M Felice Legal, PLLC
207 W. Nora Ave.
Spokane, WA 99205
(509) 309-3132
Fax (509) 321-7160

lose consciousness for hours resulting in a traumatic brain injury necessitating medical care and related expenses, lost wages, in addition to personal injuries resulting in the loss and impairment of vocational, social, recreational activities, and emotional distress in amounts to be proven at the time of trial.

## IV.    CAUSES OF ACTION

4.1    Plaintiff re-alleges paragraphs 1.1 through 3.14 above and incorporates them by reference as though fully set forth herein.

### A.    TORT OF OUTRAGE

4.2    Defendant, BALFOUR BEATTY's, extreme and outrageous conduct in failing to adequately respond to complaints made regarding dead trees on Fairchild Air Force Base and its failure to remove the trees complained about, intentionally and recklessly caused severe injury and emotional distress to the Plaintiff, ROBERT J. DALE.

4.3    The actions, errors, and omissions of the Defendant, BALFOUR BEATTY, constitutes an intentional and reckless disregard of the rights of, and even more deplorable behavior towards, the Plaintiff, ROBERT J. DALE, and others.

### B.    BREACH OF CONTRACT

4.4    At all times material hereto, the Defendant, BALFOUR BEATTY, and the United States Air Force/Government entered into a contract/Ground Lease under the authority of the National Defense Authorization Act for Fiscal Year 1997 for the management, upkeep, and maintenance of residences and residential areas on Fairchild Airforce Base.

COMPLAINT FOR DAMAGES- 5

J|M Felice Legal, PLLC
207 W. Nora Ave.
Spokane, WA 99205
(509) 309-3132
Fax (509) 321-7160

4.5    As a resident of Fairchild Air Force Base, the Plaintiff, ROBERT J. DALE, is an intended third-party beneficiary of the contracts/Ground Lease between the Defendant, BALFOUR BEATTY, and the United States Air Force/Government.

4.6    The Defendant, BALFOUR BEATTY's failure to maintain and upkeep the dead trees and adjacent area to the Plaintiff, ROBERT J. DALE's, residence, constitutes a breach of contract, which caused economic damages to the Plaintiff as set forth in the Prayer of this Complaint and to be proven at the time of trial.

C.    NEGLIGENCE

4.7    The Defendant, BALFOUR BEATTY, specializes in the business of privatized military housing and owes a duty to the residents of Fairchild Air Force Base, including the Plaintiff ROBERT J. DALE, to provide them with safe and habitable living conditions in their neighborhood which includes properly maintaining the trees and grounds surrounding their residence.

4.8    The Defendant, BALFOUR BEATTY's, errors and omissions set forth herein are a result of its breach of duty to exercise reasonable care for the safety and wellbeing of base residents and is an additional breach of its duty as a reasonable and prudent contractor specializing in upkeep and maintenance of residential housing on a United States Air Force base.

4.9    Defendant's conduct is and has been below the applicable standard of care.

4.10    The Defendant, BALFOUR BEATTY's, breach of duty to the Plaintiff, ROBERT J. DALE proximately caused serious injuries and damages set forth in paragraph 3.13 and 3.14 in

COMPLAINT FOR DAMAGES- 6

J|M Felice Legal, PLLC
207 W. Nora Ave.
Spokane, WA 99205
(509) 309-3132
Fax (509) 321-7160

the form of economic and noneconomic damages which will be proven at the time of trial. Such damages include social, vocational, and recreational impairment.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Court enter and order and judgment providing the following relief:

1. For economic and noneconomic damages to be proven at the time of trial;
2. For damages resulting from breach of contract;
3. For punitive and/or exemplary damages;
4. Prejudgment and post judgment interest;
5. Plaintiff's costs and reasonable attorney's fees; and
6. For such further relief as the Court deems appropriate.

## JURY DEMAND

Plaintiff demands a trial on all counts so triable.

DATED this 20th day of July, 2020.

AXTELL LAW OFFICE, PLLC

_____
BRAD J. AXTELL, WSBA #17451
Attorney for Plaintiff

J|M FELICE LEGAL, PLLC

_____
MICHAEL V. FELICE, WSBA#34952
Attorney for Plaintiff

COMPLAINT FOR DAMAGES- 7

# EXHIBIT A

