FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT J. DALE, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>AMC WEST HOUSING LP; and BBC AF MANAGEMENT/DEVELOPMENT, LLC,<br><br>    Defendants,<br><br>    v.<br><br>THE DAVEY TREE EXPERT COMPANY,<br><br>    Third-Party Defendant. | No. 2:20-CV-00256-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulation of Dismissal, ECF No. 62. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorneys' fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the wishes of the parties, the Court finds good cause to accept the stipulation and dismiss the case.

//

//

//

**ORDER OF DISMISSAL** * 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 62, is **GRANTED**.
2. All claims asserted by Plaintiff in the above-captioned matter are **DISMISSED with prejudice** and without costs or attorneys' fees to any party.
3. Any pending motions are **DISMISSED as moot**.
4. The trial date, pretrial conference, and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 13th day of June 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** \* 2